UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cr-454-RCJ-CWH |
| JAMES GERARD BOYLE, | ) | |
| Defendant. | ) | **ORDER** |

On March 5, 2013, the Court granted the Federal Public Defender's "Emergency Motion to Withdraw as Counsel" (#52) granting the motion for appointment of CJA counsel to perfect the appeal (#53). Therefore;

IT IS HEREBY ORDERED that Beau Sterling, Esq. is appointed as counsel for James Gerard Boyle in place of the Federal Public Defender for the purpose of appeal.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Sterling forthwith.

DATED this 14th day of March, 2013.

Nunc Pro Tunc: March 11, 2013.

ROBERT C. JONES
United States District Judge